# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-10925 MRW | Date | March 8, 2021 |
| Title | Miguel C. v. Saul | | |

Present: Hon. Michael R. Wilner, U.S. Magistrate Judge

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**  ORDER TO SHOW CAUSE RE: DISMISSAL

1. This is an appeal from the denial of Social Security disability benefits. The Court has extended the time for the parties to brief the case on five occasions. Plaintiff's last deadline for providing information about the claim expired in January 2021.

2. The Court previously informed Ms. Leidner that it would not entertain a further extension in this action. Even so, she apparently failed to comply with her obligation to her client. The government filed a notice with the Court stating that Attorney Leidner neither provided her portion of the briefing nor apparently responded to e-mails regarding the issue. (Docket # 27.)

3. The Court orders Ms. Leidner to show cause why this action should not be dismissed with prejudice under Federal Rule of Civil Procedure 41 for failure to prosecute or obey court orders. The parties will appear at a video hearing on March 24 at 9:30 a.m. PT.[1]

---

[1] Judge Wilner is aware that Ms. Leidner is scheduled for a similar video hearing with Judge Stevenson on March 18 in Narine G. v. Saul, CV 20-4288 KS (C.D. Cal.). Note that, due to the age of the case and the contents of Judge Wilner's earlier order, merely providing her portion of the joint brief in this action will not satisfy the OSC here.